[No. 5594.]

The Swofford Brothers Dry Goods Company v. Ingram, Administrator.

Appeals, judgment affirmed; reasons not assigned.

*Appeal from Boulder County Court* — Hon. Junius Henderson, Judge.

Mr. I. J. Ringolsky, and Mr. S. C. Warner, for appellant.

Mr. W. T. Rogers, for appellee.

Chief Justice Steele delivered the opinion of the court:

On November 12, 1895, the appellant, a corporation of the state of Missouri, recovered a judgment in the circuit court of Jackson county, Missouri, against Millard V. Ingram in the sum of $2,967.56.

Ingram died intestate at Excelsior Springs, Missouri, on November 15, 1903, and on December 1, 1903, letters of administration were issued to William W. Ingram, appellee, by the county court of Boulder county. On November 29, 1904, the claim of the appellant was filed against the estate. The claim was based upon the judgment of the Missouri court. Attached to the claim as an exhibit is a certified copy of the order of the court, showing a default judgment against Ingram in the sum of $2,-967.56 on November 12, 1895, and in addition thereto, and as a part of its claim, the affidavit of the

secretary of the corporation, setting forth facts which, it is claimed, interrupted the running of the statute of limitations.

To the claim and affidavit the administrator interposed a demurrer, upon the grounds:

1. That the claim accrued without the state of Colorado upon the judgment of a court of record more than six years before the filing of said claim.

2. That the claimant, being a foreign corporation, has no legal capacity to sue, having failed to comply with the statutes of this state.

3. The claim and affidavit in support thereof do not state facts sufficient to constitute a cause of action.

The court overruled the demurrer as to the second and third grounds, and sustained it as to the first ground. The claimant elected to stand by its claim, and to not further plead. The claimant appealed to the court of appeals. It assigns as error the sustaining of the demurrer, and the administrator assigns as cross-error the overruling of the demurrer.

There are very many reasons for affirming the judgment, but we shall not present them, because we have, in the case of *Moore, Adm͞ ꞉ᵛ. Ingram, Admr.*, decided at this term of the court, cted a judgment which will result in the ultimate satisfaction of appellant's claim.

The judgment is affirmed.        *Affirmed.*

Mr. JUSTICE CAMPBELL and Mr. JUSTICE MUSSER concur.